O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO SUNG PARK, an individual, ) | Case No. EDCV 09-01261-VAP (OPx) |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| FAMILY LENDING SERVICES, ) INC., et al., ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant JPMorgan Chase Bank, N.A., sued herein as JP Morgan Chase, FSB, for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation Acting as Receiver, is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  September 21, 2009            _____
                                       VIRGINIA A. PHILLIPS
                                       United States District Judge