JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO SUNG PARK, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>FAMILY LENDING SERVICES, INC., et al.,<br><br>        Defendants. | Case No. EDCV 09-1261-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Countrywide Bank, N.A. and Bank of America FSB is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 26, 2010                _____
                                                        VIRGINIA A. PHILLIPS
                                                        United States District Judge